CHARLES VIVIAN et al., as Copartners under the Firm Name of CHARLES VIVIAN & COMPANY, Appellants, *v.* HENRY STEERS, JR., Respondent.

*Vivian v. Steers,* 136 App. Div. 926, affirmed.

(Argued March 30, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 25, 1910, affirming a judgment in favor of defendant entered upon the report of a referee in an action for an accounting.

*Willard N. Baylis* and *Elliott J. Smith* for appellants.

*Charles Thaddeus Terry* and *Timothy M. Griffing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.

———————

HENRY T. BUFFUM, Respondent, *v.* BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant, Impleaded with Another.

*Buffum v. Buffalo & L. E. Traction Co.,* 137 App. Div. 879, affirmed.

(Argued March 30, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 23, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*Lyman M. Bass* for appellant.

*W. H. Ticknor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.